UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-01160
Tanisha E. Hart, )
) Chapter: 13
) Honorable LaShonda Hunt
)
) Joliet
Debtor(s) )

## ORDER GRANTING MOTION TO TEMPORARILY VACATE PAYROLL ORDER

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Payroll deductions shall cease for the months of November and December 2021.

2) Payroll deductions shall resume beginning January 2022.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: November 12, 2021

**Prepared by:**

Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100