**Fill in this information to identify the case**

**Debtor 1** Tanisha E. Hart

**Debtor 2** _____
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** NORTHERN **District of** IL
    **(State)**

**Case number** 20-01160

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    **MidFirst Bank**          **Court claim no.** (if known)**:**    **12**

**Last four digits** of any number you use to    **3818**
identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒    No

☐    Yes. Date of the last notice: _____

### Part 1:    Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount indicate that amount in parentheses after the date the amount was incurred.**

|     | **Description** | **Dates incurred** |      | **Amount** |
|-----|-----------------|--------------------|------|-----------|
| 1.  | Late charges |  | (1) | $ |
| 2.  | Non-sufficient funds (NSF) fees |  | (2) | $ |
| 3.  | Attorney's fees |  | (3) | $ |
|     | Plan Review | 3/3/20 |  | $ 300.00 |
| 4.  | Filing fees and court costs |  | (4) | $ |
| 5.  | Bankruptcy/Proof of claim fees | 2/25/20, 3/9/20, & 3/18/20 | (5) | $ 350.00 |
| 6.  | Appraisal/Broker's price opinion fees |  | (6) | $ |
| 7.  | Property inspection fees | 1/18/20 & 4/21/20 @ 20.00 each | (7) | $ 40.00 |
| 8.  | Tax advances (non-escrow) |  | (8) | $ |
| 9.  | Insurance advances (non-escrow) |  | (9) | $ |
| 10. | Property preservation expenses. Specify: _____ |  | (10) | $ |
| 11. | Other. Specify: Notice of Post Petition Fees | 6/10/20 | (11) | $ 100.00 |
| 12. | Other. Specify: _____ |  | (12) | $ |
| 13. | Other. Specify: _____ |  | (13) | $ |
| 14. | Other. Specify: _____ |  | (14) | $ |

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        Page **1**

20-006458_SJW

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 ___Tanisha E. Hart___  Case number (if known) 20-01160
     First Name    Middle Name    Last Name

## Part 2: Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

Check the appropriate box.

☐    I am the creditor.

☐    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** ___/s/ Todd J. Ruchman___  Date ___6/10/2020___
    Signature

Print:      Todd J. Ruchman  Title ___Attorneys for Creditor___
Title      Attorneys for Creditor
Company  Manley Deas Kochalski LLC
Address   P.O. Box 165028
          Number    Street
          Columbus OH 43216-5028
          City       State    ZIP Code

Contact phone  614-220-5611  Email  amps@manleydeas.com

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    Page **3**

20-006458_SJW

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL  60532, mcguckin_m@lisle13.com

David M Siegel, Attorney for Tanisha E. Hart, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June  10 , 2020:

Tanisha E. Hart, 905 Wilcox Street, Joliet, IL  60435

Tanisha E. Hart, 905 Wilcox St, Joliet, IL  60435

/s/ Todd J. Ruchman

20-006458_SJW